# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
## No. 24-944V

|  |  |
|---|---|
| MARGARET BROWN, | Chief Special Master Corcoran |
| Petitioner, | Filed: November 7, 2025 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Jessica A. Olins, Mctlaw, Seattle, WA, for Petitioner.*

*Sara DeStefano, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON JOINT STIPULATION[1]

On June 20, 2024, Margaret Brown filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") after receiving an influenza ("flu") vaccination on November 16, 2022. Petition at 1; Stipulation, filed on November 7, 2025, ¶¶ 2-4. Petitioner further alleges that she suffered the residual effects of this alleged injury for more than six months, and that there has been no prior award or settlement of a civil action for damages on her behalf as a result of her alleged injury. Stipulation at ¶¶ 4-5. "Respondent denies that petitioner suffered a Table SIRVA and denies that the flu vaccine caused petitioner any other injury or petitioner's current condition " Stipulation at ¶ 6.

Nevertheless, on November 7, 2025, the parties filed the attached joint stipulation, stating that a decision should be entered awarding compensation. I find the stipulation reasonable and adopt it as my decision awarding damages, on the terms set forth therein.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the attached Stipulation, **I award** the following compensation:

> **A lump sum of $80,000.00, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner**. Stipulation at ¶ 8. This amount represents compensation for all items of damages that would be available under Section 15(a). *Id*.

I approve the requested amount for Petitioner's compensation. In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

MARGARET BROWN,

               Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

               Respondent.

No. 24-944V
Chief Special Master Brian H. Corcoran
ECF

### STIPULATION

The parties hereby stipulate to the following matters:

1. Margaret Brown ("petitioner") filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to 34 (the "Vaccine Program"). The petition seeks compensation for injuries allegedly related to petitioner's receipt of a seasonal influenza ("flu") vaccine, which vaccine is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a)

2. Petitioner received a flu vaccine on November 16, 2022.

3. The vaccine was administered within the United States.

4. Petitioner alleges that petitioner suffered a shoulder injury related to vaccine administration ("SIRVA") that constitutes a Table injury or that was caused-in-fact by the flu vaccine. Petitioner further alleges that petitioner suffered the residual effects of the alleged injury for more than six months.

5. Petitioner represents that there has been no prior award or settlement of a civil action for damages on petitioner's behalf as a result of the alleged injury.

6.  Respondent denies that petitioner suffered a Table SIRVA and denies that the flu vaccine caused petitioner any other injury or petitioner's current condition.

7.  Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8.  As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment:

> A lump sum of **$80,000.00** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.  This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).

9.  As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10.  Petitioner and petitioner's attorney represent that compensation to be provided pursuant to this Stipulation is not for any items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), to the extent that payment has been made or can reasonably be expected to be made under any State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or by entities that provide health services on a pre-paid basis.

11. Payment made pursuant to paragraph 8 and any amounts awarded pursuant to paragraph 9 of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12. The parties and their attorneys further agree and stipulate that, except for any award for attorney's fees and litigation costs, and past unreimbursed expenses, the money provided pursuant to this Stipulation will be used solely for the benefit of petitioner as contemplated by a strict construction of 42 U.S.C. § 300aa-15(a) and (d), and subject to the conditions of 42 U.S.C. § 300aa-15(g) and (h).

13. In return for the payments described in paragraphs 8 and 9, petitioner, in petitioner's individual capacity, and on behalf of petitioner's heirs, executors, administrators, successors or assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of petitioner resulting from, or alleged to have resulted from, the flu vaccination administered on November 16, 2022, as alleged in a petition for vaccine compensation filed on or about June 20, 2024, in the United States Court of Federal Claims as petition No. 24-944V.

14. If petitioner should die prior to entry of judgment, this agreement shall be voidable upon proper notice to the Court on behalf of either or both of the parties.

3

15.  If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

16.  This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above.  There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to.  The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

17.  This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that petitioner sustained a SIRVA Table injury, that the flu vaccine caused petitioner's alleged shoulder injury or any other injury, or that petitioner's current condition is a sequela of a vaccine-related injury.

18.  All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns.

**END OF STIPULATION**

4

Respectfully submitted,

PETITIONER:

_Margaret Brown_

MARGARET BROWN

ATTORNEY OF RECORD FOR
PETITIONER:

_[signature] for_

JESSICA OLINS
Maglio, Christopher & Toale Law Firm
1325 4th Avenue, Suite 1730
Seattle, WA 98101
(888) 952-5242
jolins@mctlaw.com

AUTHORIZED REPRESENTATIVE
OF THE ATTORNEY GENERAL:

_[signature]_

HEATHER L. PEARLMAN
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

AUTHORIZED REPRESENTATIVE
OF THE SECRETARY OF HEALTH
AND HUMAN SERVICES:

Jeffrey S.
Beach -S
Digitally signed by
Jeffrey S. Beach -S
Date: 2025.11.03
14:59:05 -05'00'     _for_

CAPT GEORGE REED GRIMES, MD, MPH
Director, Division of Injury
  Compensation Programs
Health Systems Bureau
Health Resources and Services
  Administration
U.S. Department of Health
  and Human Services
5600 Fishers Lane, 14W-18
Rockville, MD 20857

ATTORNEY OF RECORD FOR
RESPONDENT:

_Sara DeStefano_
_by Heather L Prall_

SARA DESTEFANO
Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
(202) 307-6545
sara.destefano@usdoj.gov

Dated: _11/07/2025_

5

 **nintex AssureSign**

## Document Completion Report

### Document Information

| | |
|---|---|
| Document ID | 9395d027-5005-48dc-ac5b-b38b014c5608 |
| Document Name | Brown - HHS Signed Stip |
| Nintex Instance | https://www.assuresign.net/ |
| Document Creation Method | Nintex Web Setup |
| Document Template Used | None |
| Original File Type | pdf |
| Date Created | 2025-11-04T20:09:59 (UTC) |
| Date Completed | 2025-11-05T15:40:59 (UTC) |

### Document Preview (First Page)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

MARGARET BROWN,

    Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

    Respondent.

No. 24-944V
Chief Special Master Brian H. Corcoran
ECF

**STIPULATION**

The parties hereby stipulate to the following matters:

1. Margaret Brown ("petitioner") filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to 34 (the "Vaccine Program"). The petition seeks compensation for injuries allegedly related to petitioner's receipt of a seasonal influenza ("flu") vaccine, which vaccine is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a)

2. Petitioner received a flu vaccine on November 16, 2022.

3. The vaccine was administered within the United States.

4. Petitioner alleges that petitioner suffered a shoulder injury related to vaccine administration ("SIRVA") that constitutes a Table injury or that was caused-in-fact by the flu vaccine. Petitioner further alleges that petitioner suffered the residual effects of the alleged injury for more than six months.

5. Petitioner represents that there has been no prior award or settlement of a civil action for damages on petitioner's behalf as a result of the alleged injury.

### Signer Information

**Margaret Brown**

| | |
|---|---|
| Email Address | twocedars@cox.net |
| Password Protected | No |
| Fields Requested | 1 |
| Fields Collected | 1 |
| Terms and Conditions | By selecting "Start Signing," I agree that the electronic digitized signatures I apply on the following document are representations of my signature and are legally valid and binding as if I had signed the document with ink on paper in accordance with the Uniform Electronic Transactions Act (UETA) and the Electronic Signatures in Global and National Commerce Act (E-SIGN) of 2000. <br><br> *Nintex AssureSign complies with requirements and standards of the Electronic Signatures In Global and National Commerce Act (E-SIGN Act) effective October 1, 2000, the Uniform Electronic Transaction Act (UETA), and the Government Paperwork Elimination Act (GPEA)* |

## Document History

| Date | Details |
|---|---|
| 2025-11-04T20:10:00 (UTC) | Document started by user 'jolins@mctlaw.com' at IP address '69.232.61.175' |
| 2025-11-05T15:17:29 (UTC) | Document visited by 'Margaret Brown' at IP address '70.174.59.165' using browser 'Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.6 Safari/605.1.15 Ddg/18.6' |
| 2025-11-05T15:24:24 (UTC) | Terms and conditions accepted by 'Margaret Brown' at IP address '70.174.59.165' |
| 2025-11-05T15:24:24 (UTC) | Document under review by 'Margaret Brown' at IP address '70.174.59.165' using browser 'Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.6 Safari/605.1.15 Ddg/18.6' |
| 2025-11-05T15:40:34 (UTC) | JotBlock '6b2df7e4-cfa9-491e-b40d-b38b014c561f' updated by '8dce27de-524b-40ee-9920-b38b014b60e4_twocedars@cox.net' at IP address '70.174.59.165' using browser 'Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.6 Safari/605.1.15 Ddg/18.6' |
| 2025-11-05T15:40:59 (UTC) | Document signed by 'Margaret Brown' at IP address '70.174.59.165' using browser 'Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.6 Safari/605.1.15 Ddg/18.6' |
| 2025-11-05T15:41:01 (UTC) | Document completed |

## Signing History

| Field ID | Field Type | Field Name | Signer Instructions | Page | Required | Date Signed | Signer IP Address | Date Confirmed | # of Times Reviewed | Signing Attempts | Elapsed Signing Time (Seconds) | Continuous Signing Segments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| twocedars@cox.net | | | | | | | | | | | | |
| 6b2df7e4-cfa9-491e-b40d-b38b014c561f | Signature | JotBlock 1 | Click "Apply signature" to apply your adopted signature to the document. This is legally equivalent to signing with a pen on paper. | 5 | Yes | 2025-11-05T15:40:34 (UTC) | 70.174.59.165 | 2025-11-05T15:40:59 (UTC) | 0 | 39 | 30 | 8 |